JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. PEREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>AZUSA POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:18-cv-08535-ODW-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: January 4, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE